IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00835-REB-KMT

ANDREW PHILLIP ELLIOTT,

    Petitioner,

v.

JAMES E. ABBOTT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's Letter/Motion Requesting Status of Case (#24, filed June 6, 2008) is **GRANTED**. A Scheduling Conference is set for **July 17, 2008 at 9:45 a.m.** Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated: June 11, 2008