IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00835-REB-KMT


ANDREW PHILLIP ELLIOTT,

      Petitioner,

v.

JAMES E. ABBOTT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**


Plaintiff's Motion for an Order to have Case Manager set up Conference Call (#28, filed June 24, 2008) is **DENIED** as moot.

Dated: July 11, 2008